# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JAROM T. BOYES, et al.,<br><br>    Defendants. | Case No. 2:18-cv-00315-RFB-CWH<br><br>**ORDER** |

  This matter is before the court regarding the case-management conference set for May 14, 2018, at 9:00 a.m. At the hearing, the parties should be prepared to discuss the topics set forth in Local Rule 22-1, which applies to interpleader actions. Additionally, the parties should be prepared to discuss the status of all pending motions (ECF Nos. 4, 8), as well as plaintiff's request for the appointment of a guardian ad litem for the minor defendant, S.M.B., that is set forth in the complaint (ECF No. 3).

  IT IS SO ORDERED.

DATED: April 30, 2018

                       _____
                       C.W. HOFFMAN, JR.
                       UNITED STATES MAGISTRATE JUDGE