# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | Case No. 2:18-cv-00315-RFB-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| JAROM T. BOYES, et al., | |
| Defendants. | |

Presently before the court is defendants Reuel Gaspar Boyes and Caroline Gudknecht's answer (ECF No. 29), filed on December 4, 2018. The parties must meet and confer and file a proposed discovery plan and scheduling order for the court's consideration by January 8, 2019.

IT IS SO ORDERED.

DATED: December 11, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE