Nicole M. True
State Bar No. 12879
LEWIS ROCA ROTHGERBER CHRISTIE LLP
201 East Washington Street, Suite 1200
Phoenix, Arizona 85004-2595
Tel: 602.262.5311
E-mail:ntrue@lrrc.com

*Attorneys for The Prudential Insurance Company of America*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| The Prudential Insurance Company of America,<br><br>Plaintiff,<br><br>v.<br><br>Jarom T. Boyes; Martha Ferguson; Geraldine Boyes; Elijah James Boyes; Reuel Gaspar; and S.M.B., a minor,<br><br>Defendants. | CASE NO. 2:18-cv-00315-RFB-CWH<br><br>**ORDER FOR DEPOSIT OF DEATH BENEFITS** |

The Court having reviewed the Motion for Deposit of Death Benefits submitted by Plaintiff The Prudential Insurance Company of America ("Prudential"), and good cause having been shown,

IT IS ORDERED as follows:

1. Prudential shall distribute to the Clerk of this Court a check equal to the sum of $400,000.00 (the "SGLI Death Benefit"), representing Servicemembers Group Life Insurance ("SGLI") benefits due as a result of the death of Melissa Boyes in connection with group life insurance policy number G-32000 (the "Plan"), which was issued by Prudential, through the Office of Servicemembers' Group Life Insurance ("OSGLI"), to the United States Department of Veterans Affairs pursuant to the SGLI statute, 38 U.S.C. 1965 *et seq.*, plus applicable interest, if any;

2. Prudential shall distribute to the Clerk of this Court a check equal to the sum of $100,000.00 (the "FSGLI Death Benefit"), representing Family Servicemembers Group Life

104367514_1

Insurance benefits due as a result of the death of Melissa Boyes in connection with the Plan, plus applicable interest, if any;

    3. The Clerk of Court shall deposit said proceeds into an interest-bearing account;

    4. The Defendants are hereby enjoined from instituting or prosecuting any proceeding in any State or United States court affecting the Plan or the SGLI Death Benefit or the FSGLI Death Benefit (together, the "Death Benefits"), which are at issue in this interpleader action until further order of the Court; and

    5. Upon deposit of the Death Benefits, plus applicable interest, if any, with the Court's Registry, Prudential shall be discharged of all liability relating to payment of the Death Benefits or otherwise in connection with the Plan.

**IT IS SO ORDERED**

DATED this 27th day of February, 2019.



RICHARD F. BOULWARE, II
United States District Judge

104367514_1