E. BRENT BRYSON, LTD.
E. BRENT BRYSON, ESQ.
Nevada Bar No. 4933
7730 West Sahara Ave., Suite 109
Las Vegas, NV 89117
(702) 364-1234 PHONE
(702) 364-1442 FAX
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

The Prudential Insurance Company of America;

    Plaintiff

vs.

Jarom T. Boyes; Martha Ferguson; Geraldine Boyes; the Estate of Elijah James Boyes; Caroline Gudknecht; Reuel Gaspar; and S.M.B., a minor,

    Defendants.

**CASE NO.:** 2:18-CV-315

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the parties as follows:

That pursuant to FRCP 41(b)(2), Plaintiff The Prudential Insurance Company ("Prudential"), by and through its counsel Nicole True, Defendant/claimant Jarom T. Boyes, by and through his counsel E. Brent Bryson, Esq.; Defendant/claimant Martha Ferguson, by and through her counsel Richard Johnson, Esq. of the law office of Richard S. Johnson; Caroline Gudknecht, on behalf of the Estate of Elijah James Boyes; Shasara May Boyes (now a legal adult), formerly named as S.M.B, a minor; and Reuel Gaspar, in proper person, and files this stipulation and order to dismiss with prejudice their claims to any and all monies deposited with this Court, each party to bear their own attorney's fees and costs subject to the following:

Page 1

107753849.1

IT IS FURTHER STIPULATED AND AGREED that Default Judgment should be entered against the non-appearing Defendant, Geraldine Boyes;

IT IS FURTHER STIPULATED AND AGREED that Prudential should be dismissed from this action, with prejudice and that all claims asserted or that could have been asserted by any party against Prudential relating to Melissa Boyes' Servicemembers' Group Life Insurance ("SGLI") coverage under the SGLI Plan (the "SGLI Coverage") and/or Jarom Boyes Family Servicemembers' Group Life Insurance ("FSGLI") coverage under the SGLI Plan (the "FSGLI Coverage") and/or any of the benefits previously due thereunder;

IT IS FURTHER STIPULATED AND AGREED that Caroline Gudknecht, on behalf of the Estate of Elijah James Boyes; Shasara May Boyes, formerly named as S.M.B, a minor, a minor, hereby waive any claim to any insurance proceeds, including, but not limited to the $100,000.00 Family Servicemembers Group Life Insurance (the "FSGLI Death Benefit") benefits due as a result of the death of Melissa Boyes.

IT IS FURTHER STIPULATED AND AGREED that Reuel Gaspar, hereby waives any claim to any insurance proceeds, including, but not limited to the $100,000.00 "FSGLI Death Benefit" due as a result of the death of Melissa Boyes.

IT IS FURTHER STIPULATED AND AGREED that Martha Ferguson, hereby waives any claim to the $100,000.00 "FSGLI Death Benefit" due as a result of the death of Melissa Boyes.

IT IS FURTHER STIPULATED AND AGREED that the $100,000.00 "FSGLI Death Benefit" be paid to Defendant/claimant Jarom T. Boyes, together with any applicable interest.

IT IS FURTHER STIPULATED AND AGREED that Martha Ferguson, hereby waives any claim to the $400,000.00 "SGLI Death Benefit" due as a result of the death of Melissa Boyes.

107753849.1

IT IS FURTHER STIPULATED AND AGREED that the $400,000.00 "SGLI Death Benefit" be paid to Defendant/claimant Jarom T. Boyes, together with any applicable interest.

IT IS FURTHER STIPULATED AND AGREED that all monies deposited with this Court be disbursed to Jarom T. Boyes and E. Brent Bryson, Esq., and placed in Mr. Bryson's client- trust account, who will thereafter issue a check payable to "Martha Ferguson and Richard S. Johnson, Ltd." in the amount of $325,000.00, plus applicable interest.

IT IS FURTHER STIPULATED AND AGREED that upon such distribution by the Clerk of said proceeds previously placed on deposit to Jarom Boyes, this case shall be dismissed as to all parties and claims, with prejudice, and without fees or costs to any party.

IT IS FURTHER STIPULATED AND AGREED by and between Martha Ferguson and Jarom T. Boyes, that the payment of $325,000.00 together with a pro-rata share of applicable interest, is for the purpose of resolving the wrongful death action filed in the Eighth Judicial District Court, Case No. A-15-716531-C.

DATED this 4th day of April, 2019.

_____
Nicole M. True, Esq.
Nevada Bar No. 12879
LEWIS ROCA ROTHGERBER CHRISTIE LLP
201 East Washington Street, Suite 1200
Phoenix, Arizona 85004-2595
*Attorneys for Plaintiff*

DATED this ___ day of April, 2019.

_____
Shasara May Boyes, formerly named as
"S.M.B. a minor"
2417 East Loper Street
Park City, KS 67219
*Pro Se Defendant*

DATED this ___ day of April, 2019.

_____
E. Brent Bryson
Nevada Bar No. 4933
7730 West Sahara Avenue, Suite 109
Las Vegas, NV 89117
*Attorneys for Defendant Jarom Boyes*

DATED this ___ day of April, 2019.

_____
Richard S. Johnson, Esq.
Law Office of Richard S. Johnson
Nevada Bar No. 6361
5542 So. Fort Apache Rd. $120
Las Vegas, NV 89148

107753849.1

|   |                                                      |                                                      |
|---|------------------------------------------------------|------------------------------------------------------|
|   |                                                      | *Attorneys for Defendant Martha Ferguson*            |
|   | DATED this __ day of _____, 2019.               | DATED this 9 day of April, 2019.                     |

_____
Reuel Boyes, erroneously named Reuel Gaspar
2417 East Loper Street
Park City, KS 67219
*Pro Se Defendant*

*/s/ Gudknecht*
Estate of Elijah James Boyes
c/o Carolyn Gudknecht
2417 East Loper Street
Park City, KS 67219
*Pro Se Defendant*

DATED this 9 day of April, 2019.

*/s/ Gudknecht*
Carolyn Gudknecht
2417 East Loper Street
Park City, KS 67219
*Pro Se Defendant*

|     |                                                                                                                                          |                                                             |
| --- | ---------------------------------------------------------------------------------------------------------------------------------------- | ----------------------------------------------------------- |
| 1   |                                                                                                                                          | *Attorneys for Defendant Martha Ferguson*                   |
| 2   | DATED this 9 day of April, 2019.                                                                                                         | DATED this __ day of _____, 2019.                    |
| 3   |                                                                                                                                          |                                                             |
| 4   | *[signature]*                                                                                                                            |                                                             |
|     | Reuel Boyes, erroneously named Reuel Gaspar                                                                                              | Estate of Elijah James Boyes                                |
| 5   | 2417 East Loper Street                                                                                                                   | c/o Carolyn Gudknecht                                       |
|     | Park City, KS 67219                                                                                                                      | 2417 East Loper Street                                      |
| 6   | *Pro Se Defendant*                                                                                                                       | Park City, KS 67219                                         |
| 7   |                                                                                                                                          | *Pro Se Defendant*                                          |
| 8   | DATED this __ day of _____, 2019.                                                                                                 |                                                             |
| 9   |                                                                                                                                          |                                                             |
| 10  |                                                                                                                                          |                                                             |
|     | Carolyn Gudknecht                                                                                                                        |                                                             |
| 11  | 2417 East Loper Street                                                                                                                   |                                                             |
| 12  | Park City, KS 67219                                                                                                                      |                                                             |
|     | *Pro Se Defendant*                                                                                                                       |                                                             |

E. BRENT BRYSON, LTD.
E. BRENT BRYSON, ESQ.
Nevada Bar No. 4933
7730 West Sahara Ave., Suite 109
Las Vegas, NV 89117
(702) 364-1234 PHONE
(702) 364 -1442 FAX
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| The Prudential Insurance Company of America;<br><br>Plaintiff<br><br>vs.<br><br>Jarom T. Boyes; Martha Ferguson; Geraldine Boyes; the Estate of Elijah James Boyes; Caroline Gudknecht; Reuel Gaspar; and S.M.B., a minor,<br><br>Defendants. | **CASE NO.:** 2:18-CV-315 |

## ORDER

Based upon the stipulation by the parties Case No.: 2:18-cv-0315 the Court hereby ORDERS the following:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Default Judgment is entered against Defendant Geraldine Boyes;

IT IS FURTHER ORDERED that Prudential is hereby discharged from any and all liability to Defendants Jarom T. Boyes, Martha Ferguson, Geraldine Boyes, The Estate of Elijah James Boyes, Caroline Gudknect, Reuel Gaspar, and Shasara May Boyes (now a legal adult), formerly named as S.M.B, a minor, (collectively, the "Adverse Claimants") relating in any way to Melissa Boyes' Servicemembers' Group Life Insurance ("SGLI") coverage under group life insurance policy number G-32000 (the "Plan"), which was issued by Prudential, through the Office of Servicemembers' Group

Life Insurance ("OSGLI"), to the United States Department of Veterans Affairs pursuant to the SGLI statute, 38 U.S.C. 1965 *et seq.*, and/or Jarom Boyes' Family SGLI ("FSGLI") coverage under the Plan and/or the benefits due thereunder as a result of the death of Melissa Boyes (the "Death Benefits"), which funds have been placed on deposit with the registry of the Court, together with applicable interest ("Interpleader Funds");

IT IS FURTHER ORDERED that the Adverse Claimants are hereby permanently enjoined from making any further actual or implied claims, demands and causes of action, asserted or unasserted, express or implied, foreseen or unforeseen, real or imaginary, suspected or unsuspected, known or unknown, liquidated or unliquidated, of any kind or nature or description whatsoever, that the Adverse Claimants, jointly and severally, ever had, presently have, may have, or claim or assert to have, or hereinafter have, may have, or claim or assert to have, against Prudential with respect to the Death Benefits and/or the Plan and/or the Interpleader Funds.IT IS FURTHER ORDERED Prudential is hereby dismissed from the above-captioned action with prejudice, and any and all claims against Prudential relating to the Death Benefits and/or the Plan and/ or the Interpleader Funds are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the $100,000.00 insurance benefit from the Family Servicemembers Group Life Insurance (the "FSGLI Death Benefit") be paid to Defendant/claimant Jarom T. Boyes, together with any applicable interest.

IT IS FURTHER ORDERED that the $400,000.00 insurance benefit from the Servicemembers Group Life Insurance (the "SGLI Death Benefit") be paid to Defendant/claimant Jarom T. Boyes, together with any applicable interest.

IT IS FURTHER ORDERED that all monies on deposit with this Court be disbursed to Jarom T. Boyes and E. Brent Bryson, Esq., and placed in Mr. Bryson's client- trust account, who will thereafter issue a check payable to "Martha Ferguson and Richard S. Johnson, Ltd." in the amount of $325,000.00, plus a pro-rata amount of applicable interest.

IT IS FURTHER ORDERED that the payment of $325,000.00 together with a pro-rata amount of applicable interest, is for the purpose of resolving the wrongful death action filed in the Eighth Judicial District Court, Case No. A-15-716531-C.

IT IS FURTHER ORDERED that, upon the Clerk's distribution as directed above, this matter shall be dismissed in its entirety, each party to bear their own attorney's fees and costs.

DATED this 12th day of April, 2019. This ORDER shall be deemed a final judgment in accordance with Fed. R. Civ. P. 54(b), there being no just reason for delay.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE