E. BRENT BRYSON, LTD.
E. BRENT BRYSON, ESQ.
Nevada Bar No. 4933
7730 West Sahara Ave., Suite 109
Las Vegas, NV 89117
(702) 364-1234 PHONE
(702) 364 -1442 FAX
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| The Prudential Insurance Company of America;<br><br>Plaintiff<br><br>vs.<br><br>Jarom T. Boyes; Martha Ferguson; Geraldine Boyes; the Estate of Elijah James Boyes; Caroline Gudknecht; Reuel Gaspar; and S.M.B., a minor,<br><br>Defendants. | **CASE NO.**:   2:18-CV-00315-RFB-CWH |

## **AMENDED ORDER**

Based upon the stipulation by the parties Case No.: 2:18-cv-00315-RFB-CWH the Court hereby ORDERS the following:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Default Judgment is entered against Defendant Geraldine Boyes;

IT IS FURTHER ORDERED that Prudential is hereby discharged from any and all liability to Defendants Jarom T. Boyes, Martha Ferguson, Geraldine Boyes, The Estate of Elijah James Boyes, Caroline Gudknect, Reuel Gaspar, and Shasara May Boyes (now a legal adult), formerly named as S.M.B, a minor, (collectively, the "Adverse Claimants") relating in any way to Melissa Boyes' Servicemembers' Group Life Insurance ("SGLI") coverage under group life insurance policy number G-32000 (the "Plan"), which was issued by Prudential, through the Office of Servicemembers' Group

Life Insurance ("OSGLI"), to the United States Department of Veterans Affairs pursuant to the SGLI statute, 38 U.S.C. 1965 *et seq.*, and/or Jarom Boyes' Family SGLI ("FSGLI") coverage under the Plan and/or the benefits due thereunder as a result of the death of Melissa Boyes (the "Death Benefits"), which funds have been placed on deposit with the registry of the Court, together with applicable interest ("Interpleader Funds");

IT IS FURTHER ORDERED that the Adverse Claimants are hereby permanently enjoined from making any further actual or implied claims, demands and causes of action, asserted or unasserted, express or implied, foreseen or unforeseen, real or imaginary, suspected or unsuspected, known or unknown, liquidated or unliquidated, of any kind or nature or description whatsoever, that the Adverse Claimants, jointly and severally, ever had, presently have, may have, or claim or assert to have, or hereinafter have, may have, or claim or assert to have, against Prudential with respect to the Death Benefits and/or the Plan and/or the Interpleader Funds. IT IS FURTHER ORDERED Prudential is hereby dismissed from the above-captioned action with prejudice, and any and all claims against Prudential relating to the Death Benefits and/or the Plan and/ or the Interpleader Funds are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the $100,000.00 insurance benefit from the Family Servicemembers Group Life Insurance (the "FSGLI Death Benefit") be received by Defendant/claimant Jarom T. Boyes, together with any applicable interest.

IT IS FURTHER ORDERED that the $400,000.00 insurance benefit from the Servicemembers Group Life Insurance (the "SGLI Death Benefit") be received by Defendant/claimant Jarom T. Boyes, together with any applicable interest.

IT IS FURTHER ORDERED that the Clerk shall distribute the $514,974.24 deposited with this Court by Plaintiff The Prudential Insurance Company of America on March 13, 2019 (Document 37), together with any interest accrued while on deposit, by check made payable to "Jarom T. Boyes and E. Brent Bryson, Ltd.," and sent to "E. Brent Bryson, Ltd., 7730 West Sahara Ave., Suite 109, Las Vegas, NV 89117."

IT IS FURTHER ORDERED that the funds received by counsel for Jarom Boyes shall be placed in the client-trust account of E. Brent Bryson, Ltd., who will thereafter issue a check payable to "Martha Ferguson and Richard S. Johnson, Ltd." in the amount of $325,000.00, plus a pro-rata amount of applicable interest.

IT IS FURTHER ORDERED that the payment of $325,000.00 together with a pro-rata amount of applicable interest, is for the purpose of resolving the wrongful death action filed in the Eighth Judicial District Court, Case No. A-15-716531-C.

IT IS FURTHER ORDERED that, upon the Clerk's distribution as directed above, this matter shall be dismissed in its entirety, each party to bear their own attorney's fees and costs.

DATED this 21st day of May, 2019. This ORDER shall be deemed a final judgment in accordance with Fed. R. Civ. P. 54(b), there being no just reason for delay.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE